IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-53-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| DONALD WILLARD STEBBINS, | |
| Defendant. | |

The United States having filed an unopposed motion for final order of forfeiture and having reviewed that motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on January 18, 2023. (Doc. 22.)

3. All known interested parties were provided an opportunity to respond and publication has been affected as required by 21 U.S.C. § 853(n)(1). (Doc. 24.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 25) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Glock handgun; Model: 19, Caliber: 9mm: S/N: WNL029;
- Eleven (11) rounds of assorted ammunition; and
- Eighteen (18) rounds of Hornady 9mm ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 21st day of March 2023.

_____
Donald W. Molloy, District Judge
United States District Court

2